1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
        Defense Language Institute – Criminal Law
6       1336 Plummer Street, Building 275
        Monterey, CA  93944
7       Telephone: (831) 242-4537

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SALINAS DIVISION
12
   UNITED STATES OF AMERICA,        ) Criminal No. CR-08 00572
13                                  )
             Plaintiff,              ) VIOLATIONS: 18 U.S.C. §13, assimilating
14                                  ) California Vehicle Code §148 (a)(1) Resisting
        vs.                          ) or Delaying Officer; and 18 U.S.C. §13,
15                                  ) assimilating California Penal Code §2800 (a) –
   RAMON STEPHAN DIAZ,              ) Failure to Obey Lawful Order
16                                  )
             Defendant.              )
17  _____ )

18
                            I N F O R M A T I O N
19
   The United States Attorney charges:
20
   COUNT ONE: 18 U.S.C. §13, assimilating California Penal Code §148 (a)(1) – Resisting or
21
   Delaying Officer.
22
        On or about 9 June 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern
23
   District of California, and within the special maritime and territorial jurisdiction of the United
24
   States, the defendant,
25
                            RAMON STEPHAN DIAZ,
26

                                              1

did willfully and unlawfully resist, delay and obstruct SGT Clarence Edward Smith, who was then and there a public officer, attempting to and discharging the duty of his office and employment, a class A misdemeanor.

COUNT TWO: 18 U.S.C. §13, assimilating California Vehicle Code §2800 (a) – Failure to Obey Lawful Order.

On or about 9 June 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

RAMON STEPHAN DIAZ,

did willfully and unlawfully fail and refuse to comply with a lawful order, signal and direction of a uniformed peace officer in the performance of duty and refused to submit to a lawful inspection under the Vehicle Code, an infraction.

DATED: 8/26/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form:
Robert N. Michaels, SAUSA

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING
FILED
2008
CLERK ?? W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT -- U.S. vs.
▶ RAMON STEPHAN DIAZ

Address:

Birth Date: (Optional unless a juvenile)
☐ Alien
☐ Male ☐ Female (if applicable)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

CR-08 00572 HRS

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes — If "Yes," give date filed
                         ☐ No
Mo.   Day   Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo.   Day   Year

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Seeborg on 6 October 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. DIAZ, RAMON STEPHAN

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Penal Code Section 148 (a)(1) – Resisting or Delaying Officer.

    Penalties:    Mandatory Minimum: N/A

                      Maximum Penalties:
                          1 year imprisonment in county jail; and
                          $1,000.00 fine

**COUNT TWO:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 2800 (a) – Failure to Obey Lawful Order.

    Penalties:    Mandatory Minimum: N/A

                      Maximum Penalties:
                          5 days imprisonment in county jail.
                          $50 fine